148 So. 918

**Earl GRAMMER, alias Grammar, v. STATE.**

6 Div. 403.

Court of Appeals of Alabama.
May 9, 1933.

SAMFORD, Judge.
Affirmed.

148 So. 919

**GRAND COURT, ORDER OF CALANTHE,**
**v. Harry H. COTTRELL, Admr.**

6 Div. 414.

Court of Appeals of Alabama.
May 9, 1933.

RICE, Judge.
Affirmed.

148 So. 919

**GRAND COURT, ORDER OF CALANTHE,**
**etc., v. Susie ROUTE.**

6 Div. 474.

Court of Appeals of Alabama.
May 9, 1933.

BRICKEN, Presiding Judge.
Affirmed.

148 So. 919

**GRAND COURT, ORDER OF CALANTHE,**
**etc., v. Dock SHELBY.**

6 Div. 475.

Court of Appeals of Alabama.
May 9, 1933.

SAMFORD, Judge.
Affirmed.

148 So. 919

**GRAND COURT, ORDER OF CALANTHE,**
**v. Steve SIMMONS.**

6 Div. 450.

Court of Appeals of Alabama.
May 9, 1933.

BRICKEN, Presiding Judge.
Affirmed.

142 So. 921

**GRAND LODGE, K. OF P., et al. v. Canadasia**
**JACKSON.**

6 Div. 284.

Court of Appeals of Alabama.
June 1, 1932.

PER CURIAM.
Appeal dismissed by agreement.

140 So. 924

**Brown GRAY v. STATE.**

8 Div. 355.

Court of Appeals of Alabama.
March 1, 1932.

BRICKEN, P. J.
Affirmed.

139 So. 916

**C. H. GRAYSON, etc., v. Mrs. H. H. KING.**

6 Div. 237.

Court of Appeals of Alabama.
Feb. 2, 1932.

BRICKEN, P. J.
Appeal dismissed by agreement.